LAM 14m00328: CV14-2783(CASE):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, 2Ju73685-2.

Name: Jake Doody

Address: 503 Olympic Blvd
Santa Monica, Ca 90401

Phone: Cell # (702) 506-5801

Fax:

In Pro Per

Filed on Demand

FILED

2019 JAN 18 PM 2:31

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Doody, Jake K

Plaintiff

v.

SSI Commissioner Barnhart
SIuc Credentials (847) 716-3600
President Glen Poshard   Defendant(s).

CASE NUMBER:

# CV19-00425 RGK-SK

Century 21: Gonzalez, Trevor
Remax: Williamson, Bob
NBC: Thompson, Mark
Complaint

( Enter document title in the space provided above)

LAM 14m00328: 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, 2Ju7368582:

April 15, 2014: I was supposed to pick up my Century 21 Bankruptcy Gift Box MLS #201207322 from Judge Jeffrey Winikow Dept 90 courtroom. However, all the Defendents were a No Appearance for April 15, 2014 Court Date. April 29, 2014 I did receive a mailed No Appearance Verdict from the Bankruptcy Court Computer I mailed the No Appearance Verdict to Attorney General Benjamine Wagner to his Sacramento, Ca Office. When I went

*Page Number*

back to SIUC. I did receive a May 7, 2014 Courtroom Discharge Papers for the Defendents. Because of Bankruptcy I could not go to my next scheduled court date July 3, 2014. I did tell LAPD officer Watts that I was going to go back to school and to notify Judge Winikow. August 2014: SIUC broke First Day Attendance Rule. December 9, 2014 I tried to file case against First Colony Mortgage Company (801)701-9555. They did not let me file because it is SSI job to get me keys to a Safe Home and Car which has always been their job since the 1609 Ice Age. January 9, 2019 They broke Five Year File (Brick) Rule and last year they broke Night Court Salary Receipt Rule everyone need to be accounted for with pay. Stolen Property Alerts:

IRS: Computer Awarded Ticket(#: LTK1119404753338X)
IAD: Credit Card Slavery Alerts: This problem will continue until I get accounted for paying the Water Bill for a billion years w/ Social Security Administration. That is when my bankruptcy case LAM 14M00328: gets closed with a nine. This is why Army 4001 hour Rule or Equivalent is good and helps people become safe w/keys to f Safe Home and Car. Emailed 30 day key Reserve Slip?

*Page Number*

January 18, 2019: JakeDooty@yahoo.com, Jacob Dooly

# Bank of America

| | |
|---|---|
| BANK OF AMERICA, N.A. (THE "BANK") | **Transaction History** |

JACOB K DOODY

**ADV PLUS BANKING**

**** **** 0978

Case 2:19-cv-00425-RGK-SK   Document 1   Filed 01/18/19   Page 3 of 18   Page ID #:3

Last Posting Date 01/17/2019        Date/Time Printed  1/18/2019 1:23 PM EST

**Since Last Statement Summary**

Last Statement Date 12/20/2018

| | | | |
|---|---|---|---|
| Balance Last Statement ($) | | $26.83 | |
| Deposits/Credits (+) | #   9 | $1,185.04 | Holds (-) |
| Withdrawals/Debits (-) | #   45 | $1,187.16 | Pending Credits (+) |
| Available Balance ($) | | $29.14 | |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| | Amount included in Available Balance | | | | |
| Processing | CASHED CHECK HOLD ON 01/18 | | Debit | -$10.00 | $29.14 |
| Processing | RALPHS #0 11727 OLYMPI 01/18 #000000628250 PURCHASE RALPHS #0 11727 OLYMPI LOS ANGELES CA | | Debit | -$2.01 | $39.14 |
| 01/15/2019 | CHECKCARD  0114 CITY OF SM-LIBR MAIN | SANTA MONICA CA 24512399014025105886723 | Debit | -$2.00 | $41.15 |
| 01/14/2019 | GNC #08473 GNC  01/14 #000561215 PURCHASE | GNC #08473 GNC 08  SANTA MONICA  CA | Debit | -$2.49 | $43.15 |
| 01/14/2019 | SHELL Service  01/14 #000252875 PURCHASE | SHELL Service Sta  SANTA MONICA  CA | Debit | -$3.96 | $45.64 |
| 01/14/2019 | BKOFAMERICA ATM 01/14 #000001670 DEPOSIT | SANTA MONICA       SANTA MONICA  CA | Deposit | $20.00 | $49.60 |

For additional information or service, please contact the Customer Service Center at  1-800-432-1000        **** **** 0978

* =   Item(s) included in Previous Statement(s).

Case 2:19-cv-00425-RGK-SK Document 1 Filed 01/18/19 Page 4 of 18 Page ID #:4

| Date | Description | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| 01/10/2019 | STANLEY MOSK C 01/10 #000004735 PURCHASE | STANLEY MOSK COUR LOS ANGELES CA | Debit | -$1.50 | $29.60 |
| 01/10/2019 | WORLD OIL #16 01/09 #000511636 PURCHASE | WORLD OIL #16 SANTA MONICA CA | Debit | -$2.47 | $31.10 |
| 01/10/2019 | CHECKCARD 0108 MCDONALD'S F4271 | SANTA MONICA CA 24427339009710050145053 | Debit | -$1.64 | $33.57 |
| 01/10/2019 | CHECKCARD 0108 MCDONALD'S F4271 | SANTA MONICA CA 24427339009710050142100 | Debit | -$1.64 | $35.21 |
| 01/09/2019 | SANTOYOS SNACK 01/09 #000137622 PURCHASE | SANTOYOS SNACK BA LOS ANGELES CA | Debit | -$5.50 | $36.85 |
| 01/09/2019 | BKOFAMERICA ATM 01/09 #000001915 DEPOSIT | WEST LOS ANGELES WEST LOS ANGE CA | Deposit | $1.00 | $42.35 |
| 01/08/2019 | Credit One Bank DES:Payment ID:0000313085824 INDN:JACOB DOODY CO ID:912240213 WEB | | Other Payment | -$106.00 | $41.35 |
| 01/07/2019 | VONS Store 01/07 #000062897 PURCHASE | VONS Store 2 SANTA MONICA CA | Debit | -$2.92 | $147.35 |
| 01/07/2019 | CHECKCARD 0103 WENDY'S 10418 | SANTA MONICA CA 24445009004500520931485 | Debit | -$5.51 | $150.27 |
| 01/07/2019 | BKOFAMERICA ATM 01/07 #000008491 DEPOSIT | SANTA MONICA SANTA MONICA CA | Deposit | $140.00 | $155.78 |
| 01/04/2019 | CHECKCARD 0102 WENDY'S 10418 | SANTA MONICA CA 24445009003500539765800 | Debit | -$2.86 | $15.78 |
| 01/04/2019 | CHECKCARD 0102 STARBUCKS STORE 25579 | SANTA MONICA CA 24692169003100500115390 | Debit | -$2.45 | $18.64 |
| 01/03/2019 | LA METRO AVIAT 01/03 #000852302 PURCHASE | LA METRO AVIATION LOS ANGELES CA | Debit | -$3.75 | $21.09 |
| 01/03/2019 | CHECKCARD 0103 CITIBANK, N.A. | 800-9177700 SD | Debit | -$525.00 | $24.84 |
| 01/03/2019 | VONS STORE 01/03 #000107795 PURCHASE | VONS STORE SANTA MONICA CA | Debit | -$2.25 | $549.84 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

**** **** 0978

* = Item(s) included in Previous Statement(s).

NCA

Case 2:19-cv-00425-RGK-SK Document 1 Filed 01/18/19 Page 5 of 18 Page ID #:5

| Date | Description | | Type | Amount | Available Balance |
|------|-------------|--|------|--------|-------------------|
| 01/03/2019 | USPS PO 056978  01/03 #000619846 PURCHASE | USPS PO 05697802   SANTA MONICA  CA | Debit | -$1.00 | $552.09 |
| 01/03/2019 | ARCO #42626 AM  01/02 #000103302 PURCHASE | ARCO #42626 AMPM   SANTA MONICA  CA | Debit | -$2.60 | $553.09 |
| 01/03/2019 | CHECKCARD  0101 SUBWAY        00147306 | VENICE      CA 24164079002255185872979 | Debit | -$8.09 | $555.69 |
| 01/03/2019 | CHECKCARD  0101 SUBWAY        00147306 | VENICE      CA 24164079002255175846967 | Debit | -$8.30 | $563.78 |
| 01/02/2019 | Credit One Bank  DES:Payment   ID:0000311334159  INDN:JACOB DOODY        CO ID:912240213  WEB | | Other Payment | -$350.00 | $572.08 |
| 01/02/2019 | CHEVRON/WILSHI  01/02 #000322193 PURCHASE | CHEVRON/WILSHIRE   SANTA MONICA  CA | Debit | -$17.79 | $922.08 |
| 01/02/2019 | GNC #08473 GNC  01/02 #000600866 PURCHASE | GNC #08473 GNC 08  SANTA MONICA  CA | Debit | -$2.49 | $939.87 |
| 01/02/2019 | NONOS ENTERPRI  01/02 #000980191 PURCHASE | NONOS ENTERPRISE  LOS ANGELES  CA | Debit | -$3.44 | $942.36 |
| 01/02/2019 | SHELL Service  01/01 #000807080 PURCHASE | SHELL Service Sta  W LOS ANGELES CA | Debit | -$2.23 | $945.80 |
| 01/02/2019 | CHECKCARD  1231 MCDONALD'S M5764 OF CA | SANTA MONICA CA 24427339001710037402468 | Debit | -$1.31 | $948.03 |
| 01/02/2019 | CHECKCARD  1231 MCDONALD'S M5764 OF CA | SANTA MONICA CA 24427339001710037401403 | Debit | -$5.06 | $949.34 |
| 01/02/2019 | CHECKCARD  1231 MCDONALD'S M5764 OF CA | SANTA MONICA CA 24427339001710037407137 | Debit | -$6.38 | $954.40 |
| 01/02/2019 | CHECKCARD  1231 MCDONALD'S M5764 OF CA | SANTA MONICA CA 24427339001710037407145 | Debit | -$5.06 | $960.78 |
| 12/31/2018 | NONOS ENTERPRI  12/31 #000034541 PURCHASE | NONOS ENTERPRISE  LOS ANGELES  CA | Debit | -$3.44 | $965.84 |
| 12/31/2018 | CHECKCARD  1230 SQ *THE VICTORIAN | SANTA MONICA CA 24492158364741485813315 | Debit | -$10.50 | $969.28 |

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

**** **** 0978

\* =   Item(s) included in Previous Statement(s).

NCA

Page 3

| Date | Description | | Type | Amount | Available Balance |
|------|-------------|--|------|--------|-------------------|
| 12/31/2018 | CHECKCARD  1229 HOMETOWN BUFFET 0252 | WESTCHESTER  CA 247554283641536447 10938 | Debit | -$11.15 | $979.78 |
| 12/31/2018 | RALPHS #0 8825  12/29 #000616708 PURCHASE | RALPHS #0 8825 SE  LOS ANGELES  CA | Debit | -$2.01 | $990.93 |
| 12/31/2018 | CHEVRON/MARINA  12/29 #000455353 PURCHASE | CHEVRON/MARINA LI  MARINA DEL RE CA | Debit | -$26.54 | $992.94 |
| 12/31/2018 | CHECKCARD  1228 WENDY'S 10418 | SANTA MONICA CA 244450083635006621 09020 | Debit | -$2.97 | $1,019.48 |
| 12/31/2018 | CHECKCARD  1227 MCDONALD'S M5764 OF CA | SANTA MONICA CA 244273383627100388 39861 | Debit | -$1.31 | $1,022.45 |
| 12/31/2018 | SSI TREAS 310  DES:XXSUPP SEC ID:322701765  SSI     INDN:JACOB K DOODY     SR  CO  ID:9101736121 PPD | | Deposit | $1,008.04 | $1,023.76 |

My Century 21 Bankruptcy Gift Box MLS #20120732 ?

LAM 14M00328: CV14-2783 - (CASE): 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, 2J4736852:

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

**** **** 0978

\* =   Item(s) included in Previous Statement(s).

NCA

Page 4

# We have received your response for Intake Form

From:   JotForm (noreply@jotform.com)

To:     jakedoody@yahoo.com

Date:   Thursday, January 10, 2019, 3:42 PM PST

## Intake Form

| | |
|---|---|
| Name: | Jacob Doody |
| Date of Birth: | 0719/1976 |
| Address: | Street Address:  503 Olympic Blvd<br>Street Address Line 2: OPCC Access Center (310) 450 -4050<br>City: Santa Monica<br>State / Province: Ca<br>Postal / Zip Code: 90401 |
| Phone Number: | (702) 506-5801 |
| Email: | jakedoody@yahoo.com |
| Race/Ethnicity: | White/Caucasian<br>Native American |
| Gender: | Male |
| Do you have an open case in the Central District of California? | Yes |
| If you have an open case in the Central District of California, what is your case number? | LAM 14M00328: 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, 2JU736852: Please use CSAG |
| Please select one of the following: | I am the Plaintiff (I have filed a lawsuit or I am considering starting a lawsuit) |
| What kind of case is this? | Social Security |
| This intake form is intended to assist individuals with specific legal questions about their case. Please describe your legal question. | LAM 14M00328: 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, 2JU736852: No Key Status: Request (40!): Night Court Salary Rules: Five Year File (Brick) Rule: Everything is supposed to be ready for the rightful owners being those who filed the bankruptcy cases:<br><br>My Case Status: REMOVED FROM |

ACTIVE STATUS:

2020 Abduction Law Problem: The Real Estate Market will be closed 25 years based on Army 4001 or Equivalent Fines: Key Facts: I have maybe 50 appointed Mortgage Modification Mediators (Law Firms) from the State of Nevada who protect 30 day Stone Law and the fact that houses are still gifts before cash since the 1609 Ice Age: Promise to Work: First Time Home Buyer Rule: After he or she gets accounted for paying the Water Bill with Social Security Administration: A year later he or she has three to five bankruptcy court job duties to complete to be in still good standing and honorable discharge with the Judges for the Bankruptcy Courts: Billion Year SSA Water Bill Rule: Where is my Century 21 Bankruptcy Gift Box MLS # 20120732? Did First Colony Mortgage (801) 701-9555 email me a 30 day Key Reserve Slip? Mail Law? What do I need to do to get my bankruptcy case closed with a nine?

PS: I also need at least a 30 day car rental contract. What forms and receipts do I need to bring to you for a Monday appointment?

| | |
|---|---|
| Were you represented by an attorney at any point in your litigation? | No |
| Are you represented by an attorney now? | No |
| I certify that the above statements are true. I understand that by making this form available, Public Counsel has only agreed to review my matter to determine whether I am eligible for Public Counsel's services. I understand that (1) the decision regarding eligibility for services is Public Counsel's decision | I understand and agree |

alone; (2) Public Counsel is not my attorney at this time; and (3) Public Counsel will not become my attorney unless a separate written agreement for legal representation is signed.

Now create your own JotForm - It's free!          Create a JotForm

Case 2:19-cv-00425-RGK-SK   Document 1   Filed 01/18/19   Page 10 of 18   Page ID #:10

Acknowledgement: Attn: IRS (800) 829-1040: Fw: LAM 14M00328: *****, 2JU736852: No Key Status: Request (40!): Credit Card Slavery Alerts: IAD (2015-2019): $110,601,001,220,000,000,000,000,000,000,000: Important Key Note: 2022: Thee Real Estate Market will be closed for more than 100+ years? My Cell Phone #: (702) 506-5801: Enclosed: Refund Statuc Results: Fw: New Listings [Residential] - Courtesy of Resort Properties, Bob Williamson (Ticket# LTK1119404753338X)

From: IRS Help Desk (Irs.gov.website.helpdesk@speedymail.com)

To: jakedoody@yahoo.com

Date: Tuesday, November 13, 2018, 7:33 PM PST

This is a computer-generated auto-reply.

Thank you for contacting the IRS.gov Website Help Desk and visiting the IRS.gov website.
Our goal is to reply to e-mail inquiries about our website within one business day. We apologize for the inconvenience, but an increase in inquiries may delay your reply.
For specific tax assistance, please contact one of the following tax assistance lines:
- Individuals: (800) 829-1040
- Businesses: (800) 829-4933
- Identity Theft: (800) 908-4490
- TDD: (800) 829-4059

For website assistance, you may call us at (800) 876-1715 or access http://www.irs.gov/uac/Chat-Access to chat, Monday – Friday, 8:00 a.m. - 12:00 a.m. or Saturday, 8:00 a.m. - 8pm Eastern Standard Time.

When contacting us about your original message, please refer to the tracking number at the top of this message.

Sincerely,
The IRS Web Site Help Desk

====== Your Inquiry ======

Subject: Attn: IRS (800) 829-1040: Fw: LAM 14M00328: *****, 2JU736852: No Key Status: Request (40!): Credit Card Slavery Alerts: IAD (2015-2019): $110,601,001,220,000,000,000,000,000,000,000: Important Key Note: 2022: Thee Real Estate Market will be closed for more than 100+ years? My Cell Phone #: (702) 506-5801: Enclosed: Refund Statuc Results: Fw: New Listings [Residential] - Courtesy of Resort Properties, Bob Williamson

Message length (762,496 bytes) is bigger than limit (250,000 bytes). Message content is stored as attachment(s)

# Case Access Information

## Case Information

**Case Number**
14M00328

**Case Title**
DOODY,JAKE KING VS SSI COMMISIONER BARNHART

**Filing Date**
January 09, 2014

**Filing Courthouse**
Stanley Mosk Courthouse

**Status**
REMOVED FROM ACTIVE STATUS

**Case Type**
Small Claims (Limited Jurisdiction)

## Parties Information

| Party Name | Party Type |
|---|---|
| DOODY JAKE KING | Plaintiff |
| SSI COMMISIONER BARNHART WINDSOR PARK BUILDING | Defendant |
| CREDENTIALS SIUC PRESIDENT GLEN POSHARD | Defendant |
| REMAX WILLAMSON BOB | Defendant |
| CENTURY 21 GONZALEZ TREVOR | Defendant |
| NATIONAL BROADCASTING COMPANY NBC THOMPSON MARK | Defendant |
| SPENCER PETER D. | Defendant |

# Case History Information

| Date | Description |
| --- | --- |
| April 15, 2014 | MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED. |
| April 15, 2014 | CASE REMOVE FROM ACTIVE STATUS FOR THE FOLLOWING ADMINISTRATIVE REASON(S) NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FILED . |
| April 15, 2014 | PLAINTIFF'S REQUEST FOR POSTPONEMENT (BEFORE SERVICE) FILED . |
| April 15, 2014 | MATTER RE-SCHEDULED FOR SMALL CLAIMS HEARING ON 07/03/14 AT 08:30A M, IN DEPT. 090 . |
| April 15, 2014 | CAUSE CALLED AT 08:30A M, IN DEPT. 090 , HON. JEFFREY WINIKOW PRESIDING FOR HEARING RE: FURTHER PROCEEDINGS . THE COURT RULES AS FOLLOWS: CAUSE ORDERED REMOVED TO U.S. DISTRICT COURT. |
| April 14, 2014 | NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FILED BY ANDRE BIROTTE JR ATT FOR DEFENDANTS JO ANNE B BARNHART AND PETER SPENCER |
| January 9, 2014 | MATTER RE-SCHEDULED FOR SMALL CLAIMS HEARING ON 04/15/14 AT 08:30A M, IN DEPT. 090 . |
| January 9, 2014 | REQUEST TO WAIVE COURT FEES FILED BY (DOODY,JAKE KING) . |
| January 9, 2014 | ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (DOODY,JAKE KING) . |
| January 9, 2014 | CLERK`S CERTIFICATE OF SERVICE COMPLETED BY HAND DELIVERING A COPY OF THE ORDER ON COURT FEE WAIVER TO THE APPLICANT. |
| January 9, 2014 | RECEIVED THE SUM OF $ 0.00 FOR PHOTOCOPIES. RECEIPT # WAIVER . |

## Documents Filed Information

| Document Date | Document Description | Memo | Filed by |
|---|---|---|---|
| April 15, 2014 | Request to Postpone Trial (Small Claims) | | |
| April 15, 2014 | Clerk's Certificate of Mailing | | |
| January 9, 2014 | Order on Court Fee Waiver (Superior Court) | | |
| January 9, 2014 | Proof of Service - Personal (Small Claims) | | |

## Register of Actions Information

| Date | Description | Additional Information |
|---|---|---|
| April 15, 2014 08:30 AM | Hearing - Other (name extension) | ( 90) |
| April 15, 2014 | Request to Postpone Trial (Small Claims) | |
| April 15, 2014 | Clerk's Certificate of Mailing | |
| January 09, 2014 | Order on Court Fee Waiver (Superior Court) | |
| January 09, 2014 | Proof of Service - Personal (Small Claims) | |

Español   Tiếng Việt   한국어   中文   huijtipǔu

Search

**THE SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>Self-Rep, Info, FAQs... | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA... |

*CV 14-2783 - "CASE"*

ONLINE SERVICES

## Case Access

*December 31, 2014*

LANGUAGE ACCESS
English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**Case Number:** 14M00328
DOODY,JAKE KING VS SSI COMMISIONER BARNHART

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 01/09/2014
**Case Type:** Small Claims (Limited Jurisdiction)
**Status:** REMOVED FROM ACTIVE STATUS

*#108*

*My Century 21 MLS #20110732 ?*

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

None

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

## Parties

Plaintiff: DOODY JAKE KING

Defendant: SSI COMMISIONER BARNHART WINDSOR PARK BUILDING

Defendant: CREDENTIALS SIUC PRESIDENT GLEN POSHARD

Defendant: REMAX WILLAMSON BOB

Defendant: CENTURY 21 GONZALEZ TREVOR

Defendant: NATIONAL BROADCASTING COMPANY NBC THOMPSON MARK

Defendant: SPENCER PETER D.

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION

**04/15/2014** MINUTE ORDER AND CLERK'S NOTICE OF RULING MAILED TO ALL PARTIES. CLERK'S CERTIFICATE OF SERVICE FILED.

**04/15/2014** CASE REMOVE FROM ACTIVE STATUS FOR THE FOLLOWING ADMINISTRATIVE REASON(S) NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FILED .

**04/15/2014** PLAINTIFF'S REQUEST FOR POSTPONEMENT (BEFORE SERVICE) FILED .

**04/15/2014** MATTER RE-SCHEDULED FOR SMALL CLAIMS HEARING ON 07/03/14 AT 08:30A M, IN DEPT. 090 .

**04/15/2014** CAUSE CALLED AT 08:30A M, IN DEPT. 090 , HON. JEFFREY WINIKOW PRESIDING FOR HEARING RE: FURTHER PROCEEDINGS . THE COURT RULES AS FOLLOWS: CAUSE ORDERED REMOVED TO U.S. DISTRICT COURT.

**04/14/2014** NOTICE TO STATE COURT AND ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FILED BY ANDRE BIROTTE JR ATT FOR DEFENDANTS JO ANNE B BARNHART AND PETER SPENCER

**01/09/2014** MATTER RE-SCHEDULED FOR SMALL CLAIMS HEARING ON 04/15/14 AT 08:30A M, IN DEPT. 090 .

**01/09/2014** REQUEST TO WAIVE COURT FEES FILED BY (DOODY,JAKE KING) .

**01/09/2014** ORDER GRANTING REQUEST TO WAIVE COURT FEES SIGNED AND FILED AS TO (DOODY,JAKE KING) .

**01/09/2014** CLERK`S CERTIFICATE OF SERVICE COMPLETED BY HAND DELIVERING A COPY OF THE ORDER ON COURT FEE WAIVER TO THE APPLICANT.

**01/09/2014** RECEIVED THE SUM OF $ 0.00 FOR PHOTOCOPIES. RECEIPT # WAIVER .

NEW SEARCH

Art Showcased in
Los Angeles Courthouse Jury Rooms



"Elephant" by Noelle Tamura
2013 – Youth 1st Place



Privacy Statement   |   Disclaimer   |   Employment   |   ADA   |   Holidays   |   Comment on our Website                    Copyright 2014 Superior Court of California, County of Los Angeles

1) Social Security Administration (800) 772-1213: Commissioner Joanne Barnhart, 1100 West High Rise 6401 Security Blvd. Baltimore, MD 21235: New Address: 6401 Security Blvd, Gwynn Oak, MD 21207: Jo_Anne_Barnhart@hks.harvard.edu: Regulations@ssa.gov:

2) Credentials (847) 716-3000: 1 Northfield Plaza, Suite 501, Northfield, IL 60093-1216: MYSUPPORT@CREDENTIALSSOLUTIONS.COM: SIUC Transcripts (618) 453-3609: (President Glen Poshard): Second Floor - Room 0251 - Student Services Building, 1263 Lincoln Dr, Carbondale, IL 62901: trnscrpt@siu.edu: webmaster@siu.edu:

3) Century 21 Realtors Nixon and Nixon (Trevor Gonzalez): 150 East 400 North, Logan, Ut 84321: trevor.gonzalez@century21.com

4) Remax Realtors (530)562-0100: (Bob Williamson) (530)412-3174: 7001 North Star Dr. Suite 7113, Truckee, Ca 96161: New Location: 367 Skidder Trail, Truckee, Ca 96161: cbob4re@earthlink.com:

5) NBC Broadcasting (818) 777-1000: (Mark Thompson) (818) 840-4444: 10 Universal City Plaza, Universal City, CA 91608:

6) Social Security Administration (800) 772-1213: (Peter D. Spencer): 11500 W Olympic Blvd #300, Los Angeles, CA 90064: Regulations@ssa.gov:

Case 2:19-cv-00425-RGK-SK   Document 1   Filed 01/18/19   Page 17 of 18   Page ID #:17

## LAM 14M00328: Fw: CI-T13: Transcript Order 2JU736852 Completed

From:  Jake Doody (jakedoody@yahoo.com)

To:      adam@lexlawca.com; rthrall@lasuperiorcourt.org; irs.gov.website.helpdesk@speedymail.com; gontre@wfrmls.com

Date:  Monday, January 7, 2019, 1:07 PM PST


Key Branches,


Januuary 9, 2019: I will bring this receipt to my Five Year File (Brick) Rule date with my Lexington Law Firm Receipt..


Sincerely,


Jacob Doody (702) 506-5801

---- Forwarded Message -----
From:  "MYSUPPORT@CREDENTIALSSOLUTIONS.COM" <MYSUPPORT@CREDENTIALSSOLUTIONS.COM>
To:  jakedoody@yahoo.com
Sent:  Wednesday, September 19, 2012 9:28 AM
Subject:  CI-T13: Transcript Order 2JU736852 Completed


NOTE: DO NOT INCLUDE CREDIT CARD NUMBERS OR SOCIAL SECURITY
   NUMBERS IN ANY EMAIL REPLY OR OTHER CORRESPONDENCE.

Date: 09-19-2012 Time: 10:28:06

```
|Transcript Order Information:
| Order No....: 2JU736852
| Student Name:
| School Name.: Southern Illinois University
| Total Charge: $31.75
|         The amount above has been charged to your credit card
|         and appears as "COLLEGE TRANSCRIPT" on your statement.
|
|The registrar has completed the processing of your transcript order.
|The transcript(s) will be sent to the following destination(s), in the
|next few days:
|
|Qty-1     To: TREVOR GONZALEZ
|          CENTURY 21 N&N REALTORS
|          150 EAST 400 NORTH
|          LOGAN, UT  84321
|Deliver Via...: 1st Class Mail
|
|Qty-1     To: DAN ROSS
|          FIRST COLONY MORTGAGE
|          130 WEST CENTER STREET
|          SUITE 201
|          OREM, UT  84057
|Deliver Via...: 1st Class Mail
|
|Qty-1     To: BOB WILLIAMSON
```

```
|       REMAX REALTORS
|       7001 N. STAR DRIVE
|       SUITE 7113
|       TRUCKEE, CA  *****
|Deliver Via...: 1st Class Mail
|
|_____
|
|Thank you for using TranscriptsPlus for your transcript order.
|
|You may check the status of your order anytime using Self-ServicePlus.
|Please visit or cut and paste the following link using your browser:
https://www.credentials-inc.com/CGI-BIN/rechkcgi.pgm?STATUS2JU7368529hlgv16D18pWsoZL/ymTdspnWyw=TP
|
|If you have any questions regarding this order or the charges
|for this service, please call us at .
|_____
```